# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI ALVERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 1:17-cv-00649-DAD-EPG<br><br>**DEFENDANT'S ORDER** |
| JUANA SILVA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 1:17-cv-00645-DAD-EPG |
| JOSEPH SANZBERRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 1:17-cv-00644-DAD-EPG |

| | |
|---|---|
| ALICE JONES,<br><br>        Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendant. | Case No. 1:17-cv-00655-DAD-EPG |
| LAURIE CALDERON,<br><br>        Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendant. | Case No. 1:17-cv-00967-DAD-EPG |

Pursuant to this Court's Order of August 20, 2018, and subject to the Parties' Confidentiality Agreement of April 6, 2018, Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), is hereby **ORDERED** to produce documents reflecting Ocwen's net worth by September 4, 2018. The Court finds that documents reflecting Ocwen's Financial Statements as of December 31, 2017, are sufficient.

IT IS SO ORDERED.

Dated: **September 4, 2018**         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE