1  Joshua B. Swigart, Esq. (SBN: 225557)
2  josh@westcoastlitigation.com
   **HYDE & SWIGART**
3  2221 Camino Del Rio South, Suite 101
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6
7  Abbas Kazerounian, Esq. (SBN: 249203)
   ak@kazlg.com
8  Emily C. Beecham, Esq. (SBN: 315462)
   emily@kazlg.com
9  **KAZEROUNI LAW GROUP, APC**
10 245 Fischer Avenue, Unit D1
   Costa Mesa, CA 92626
11 Telephone: (800) 400-6808
12 Facsimile: (800) 520-5523

13 *Attorneys for Plaintiff*,
14 Juana Silva

15
16 **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
17

18 JUANA SILVA,                            Case No.: 1:17-cv-00645-DAD-EPG

19
20         Plaintiff,                      **STIPULATION TO DISMISS**
                                           **ACTION WITH PREJUDICE**
21    v.

22 OCWEN LOAN SERVICING, LLC,              Hon. Dale A. Drozd

23
24         Defendant.

25
26
27
28
                                                       STIPULATION TO DISMISS ACTION
                                                                     WITH PREJUDICE
                                                       Case No.: 1:17-cv-00645-DAD-EPG

Plaintiff, JUANA SILVA ("Plaintiff"), and Defendant, OCWEN LOAN SERCIVING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 22, 2018     KAZEROUNI LAW GROUP, APC

By:  /s Emily C. Beecham
     Emily C. Beecham, Esq.
     *Attorney for Plaintiff*,
     Juana Silva

///
///
///
///

Dated:  October 22, 2018

TROUTMAN SANDERS LLP

By: */s Virginia Bell Flynn*
Virginia Bell Flynn, Esq.
*Attorney for Defendant*,
Ocwen Loan Servicing, LLC

## ATTESTATION OF FILER

Pursuant to local rules, the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

*/s Emily C. Beecham*
Emily C. Beecham, Esq.

- 3 -