# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA SILVA,<br><br>        Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendant. | Case No.: 1:17-cv-00645-DAD-EPG<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 56) |

Plaintiff, Juana Silva, and Defendant, Ocwen Loan Servicing, LLC, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 56). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

    Dated: __**October 22, 2018**__               /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE